## GEORGE B. SHAW *v.* TRUSTEES OF ST. PAUL'S METHODIST EPISCOPAL CHURCH, SOUTH.

*Validity of Covenant—Sufficiency of Record.*

The question whether a restrictive covenant involved an undue restraint on alienation *held* not adequately presented by the record, the other provisions of the deed which contained the covenant not appearing, and the extent of its actual operation not being described.

*Decided June 10th, 1927.*

Appeal from the Circuit Court of Baltimore City (STUMP, J.).

Bill by the Trustees of St. Paul's Methodist Episcopal Church, South, in the City of Baltimore, a corporation, against George B. Shaw. From an order overruling his demurrer to the bill, defendant appeals. Case remanded, without affirmance or reversal, for further proceedings in accordance with the *per curiam* opinion.

The cause was argued before BOND, C. J., PATTISON, URNER, ADKINS, OFFUTT, DIGGES, PARKE, and SLOAN, JJ.

*William Deal Roycroft,* for the appellant.

*C. M. Armstrong* and *Walter C. Mylander,* for the appellee.